# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Devon Seeling, on behalf of himself and similarly situated employees, ) ) ) | |
| Plaintiff, ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. ) ) | |
| AM-PM Trucking, LLC, ) ) | Case No.1:14-cv-084 |
| Defendant. ) | |

Before the court are motions for attorneys Peter D. Winebrake and Jerry E. Martin to appear *pro hac vice* on plaintiff's. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Peter D. Winebrake and Jerry E. Martin have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 4 and 5) are **GRANTED**. Attorneys Peter D. Winebrake and Jerry E. Martin are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2014.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court